**Adam E. Hauf, Esq.** *#026702*
**HAUF LAW, PLC.**
**4225 W Glendale Ave, Suite A-104**
**Phoenix, AZ 85051**
**P: 623.252.0742 F: 623.321.2310**
**admin@hauflaw.com**
***Attorney for Debtor/Defendant***

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **In re**<br><br>**DAVID M. RAIFFE**<br><br>**Debtor.** | **In Proceedings Under Chapter 7**<br><br>**Case No. 2:18-BK-15086-DPC**<br><br>**Adversary No. 2:19-ap-00098-DPC** |
| **UNITED MIDWEST SAVINGS BANK dba MIDWEST BUSINESS CAPITAL,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DAVID M. RAIFFE, an individual, Defendant.** | **ANSWER TO COMPLAINT** |

David M. Raiffe, Defendant/Debtor herein ("Debtor"), by and through counsel undersigned, hereby answers United Midwest Savings Bank dba Midwest Business Capital's ("Plaintiff") *COMPLAINT TO EXCEPT DEBT FROM DISCHARGE UNDER 11 USC § 523(A)(2), (4) AND (6)* ("Complaint") as follows:

1. Debtor admits the allegations set forth in ¶ 1 of the Complaint.
2. Debtor admits the allegations set forth in ¶ 2 of the Complaint.
3. Debtor admits that he presently lives in Arizona. Otherwise, Debtor denies, both generally and specifically, the remaining allegations in ¶ 3 of the Complaint.
4. Debtor admits the allegations set forth in ¶ 4 of the Complaint.

5. The underlying loan documents speak for themselves. Otherwise, Debtor denies, both generally and specifically, the remaining allegations of Plaintiff in ¶ 5 of the Complaint.
6. The underlying loan documents speak for themselves. Otherwise, Debtor denies, both generally and specifically, the remaining allegations of Plaintiff in ¶ 6 of the Complaint.
7. Debtor has no personal knowledge of the reliance of Plaintiff with respect to its decisions regarding the underlying loan. Thus, Debtor denies, both generally and specifically, the remaining allegations of Plaintiff in ¶ 7 of the Complaint.
8. Notwithstanding Debtor's denial of certainty of the actual date(s) alleged, Debtor admits the allegations set forth in ¶ 8 of the Complaint.
9. Debtor denies, both generally and specifically, the allegations of ¶ 9 of the Complaint.
10. Debtor has not yet performed an exhaustive review of the underlying loan documents in his possession nor has he had the opportunity to propound discovery upon the Plaintiff and, thus, Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 10 of the Complaint.
11. Debtor has not yet performed an exhaustive review of the underlying loan documents in his possession nor has he had the opportunity to propound discovery upon the Plaintiff and, thus, Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 11 of the Complaint.
12. Debtor has not yet performed an exhaustive review of the underlying loan documents in his possession nor has he had the opportunity to propound discovery upon the Plaintiff and, thus, Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 12 of the Complaint.

13. Debtor has not yet performed an exhaustive review of the underlying loan documents in his possession nor has he had the opportunity to propound discovery upon the Plaintiff and, thus, Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 13 of the Complaint.

14. Debtor has not yet performed an exhaustive review of the underlying loan documents in his possession nor has he had the opportunity to propound discovery upon the Plaintiff and, thus, Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 14 of the Complaint.

15. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 15 of the Complaint.

16. Debtor alleges that he acted in good faith and, thus, Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 16 of the Complaint.

17. Debtor has no personal knowledge of the reliance of Plaintiff with respect to its decisions regarding the underlying loan. Thus, Debtor denies, both generally and specifically, the Plaintiff's allegations of Plaintiff in ¶ 17 of the Complaint

18. Debtor has no personal knowledge of the reliance of Plaintiff with respect to its decisions regarding the underlying loan. Thus, Debtor denies, both generally and specifically, the Plaintiff's allegations of Plaintiff in ¶ 18 of the Complaint.

19. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 19 of the Complaint.

20. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 20 of the Complaint.

21. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 21 of the Complaint.

22. Debtor is not certain of the present principal balance of the subject loan and, thus, Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 22 of the Complaint.

23. Debtor admits the Plaintiff's allegations set forth in ¶ 23 of the Complaint.

24. Debtor admits the Plaintiff's allegations set forth in ¶ 24 of the Complaint.

25. Debtor denies, both generally and specifically, the Plaintiff's allegations in ¶ 25 of the Complaint.

26. Debtor denies, both generally and specifically, the the Plaintiff's allegations of ¶ 26 of the Complaint.

27. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 27 of the Complaint.

28. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 28 of the Complaint.

29. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 29 of the Complaint.

30. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 30 of the Complaint.

31. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 31 of the Complaint.

32. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 32 of the Complaint.

33. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 33 of the Complaint.

34. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 34 of the Complaint.

35. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 35 of the Complaint.

36. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 36 of the Complaint.

37. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 37 of the Complaint.

38. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 38 of the Complaint.

39. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 39 of the Complaint.

40. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 40 of the Complaint.

41. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 41 of the Complaint.

42. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 42 of the Complaint.

43. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 43 of the Complaint.

44. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 44 of the Complaint.

45. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 45 of the Complaint.

46. Debtor denies, both generally and specifically, the Plaintiff's allegations of ¶ 46 of the Complaint.

Furthermore, Debtor raises each and every affirmative defense available at law.

WHEREFORE, Debtor prays that the Court

1. Dismiss the Complaint with prejudice;

2. Award Debtor his attorney fees and costs;

3. Grant such other and further relief as is just and proper.

Respectfully submitted this 26th day of April, 2019.

HAUF LAW
/s/ Adam Hauf

Copies of the foregoing mailed this
26th day of April, 2019, to:

United Midwest Savings Bank
dba Midwest Business Capital
c/o Anthony W. Austin
Elizabeth A. Delnegro
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016-3429

By: /s/ Max Burnett