| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | FENNEMORE CRAIG, P.C.<br>Anthony W. Austin (No. 025351)<br>Elizabeth A. Delnegro (No. 034613)<br>2394 East Camelback Road, Suite 600<br>Phoenix, AZ 85016-3429<br>Telephone: (602) 916-5000<br>Email: aaustin@fclaw.com<br>Email: ldelnegro@fclaw.com<br><br>*Attorneys for Plaintiff/Creditor* |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>DAVID M. RAIFFE,<br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No.: 2:18-bk-15086-DPC |
| UNITED MIDWEST SAVINGS BANK dba MIDWEST BUSINESS CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. RAIFFE, an individual,<br><br>Defendant. | **Adv. #: 2:19-ap-00098-DPC**<br><br>**PROPOSED JOINT DISCOVERY PLAN** |

Pursuant to Rule 7026, Federal Rules of Bankruptcy Procedure, and applying Rules 16 and 26 of the Federal Rules of Civil Procedure, Anthony W. Austin, counsel for Plaintiff, and Adam Hauf, counsel for Debtor/Defendant, hereby submit the following joint discovery plan for the scheduling conference set for July 1, 2019 at 11:00 a.m.

1. The parties will exchange by July 29, 2019, the information required by Fed.R. Civ. P. 26(a)(1); supplementations under Rule 26(e) are due as required by Rule 26(e).

2. The parties do not believe that any changes are necessary for the timing, form, or requirements for disclosure under 26(a).

3. The parties agree that discovery is needed regarding the information relating to Counts One through Three of the Complaint. The parties do not believe that discovery in this matter requires phases or that discovery should be limited or focused in any way other than to limit discovery to the aforementioned subjects.

4. All Electronically Stored Information should be produced in native or searchable PDF format.

5. The date for completion of all discovery (general and expert) should be completed on or before October 30, 2019.

6. The parties do not believe any changes to the limitations on discovery imposed by the rules or by local rules are necessary in this matter.

7. All potentially dispositive motions should be filed by the moving party on or before November 6, 2019.

8. All motions in limine and pretrial briefs should be filed by the moving party on or before December 18, 2019.

9. All witness lists and exhibits should be exchanged and filed no later than the date set for the pre-trial conference.

10. The joint pretrial statement should be filed at least one week prior to the date set for the pretrial conference.

11. The Parties agree this is a core matter and consent to entry of final judgment by this Court.

12. This case should be ready for trial by January 13, 2020. Trial is expected to take approximately two (2) days.

13. The parties request a pretrial conference be scheduled approximately two (2) weeks before trial.

DATED this 27th day of June, 2019.

FENNEMORE CRAIG, P.C.

By /s/ *Anthony W. Austin*
 Anthony W. Austin
 Elizabeth A. Delnegro
 *Attorneys for Plaintiff*


HAUF LAW

By /s/ *Adam Hauf*
 Adam Hauf
 *Attorneys for Defendant/Debtor*