# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | DAVID RAIFFE | | |
| **Case Number:** | 2:18-BK-15086-DPC | **Chapter:** | 7 |
| **Date / Time / Room:** | MONDAY, JULY 01, 2019 11:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | RENEE BRYANT | | |

### Matter:

ADV: 2-19-00098

**UNITED MIDWEST SAVINGS BANK DBA MIDWEST vs DAVID RAIFFE**

RULE 16(b) SCHEDULING CONFERENCE

R / M #:   8 / 0

### Appearances:

ADAM E. HAUF, ATTORNEY FOR DAVID RAIFFE

ELIZABETH ANN DELNEGRO, ATTORNEY FOR UNITED MIDWEST SAVINGS BANK DBA MIDWEST

ANTHONY W. AUSTIN, ATTORNEY FOR UNITED MIDWEST SAVINGS BANK DBA MIDWEST

# Minute Entry

(continue)... 2:18-BK-15086-DPC         MONDAY, JULY 01, 2019 11:00 AM

*Proceedings:*

Mr. Austin advises on June 28, 2019, a Notice of Submitting Proposed Joint Discovery Plan was filed. He notes this case should be ready for trial by January 13, 2020 and is expected to take two days.

Mr. Hauf agrees to the dates outlined in the Proposed Scheduling Plan.

COURT: IT IS ORDERED ADOPTING THE PROPOSED SCHEDULING PLAN AND SETTING A TRIAL ON JANUARY 27 AND 28, 2020, AT 9:00 A.M. THE PARTIES SHALL HAVE UNTIL CLOSE OF BUSINESS JANUARY 13, 2020 TO FILE THE JOINT PRETRIAL STATEMENT. THE COURT WILL SIGN A SCHEDULING ORDER WHEN SUBMITTED.

THE COURT REFERS TO LOCAL RULE 9013-1 MOTION PRACTICE AS IT RELATES TO DISCOVERY DISPUTES. THE COURT ADVISES SHOULD A DISCOVERY DISPUTE ARISE PARTIES ARE NOT TO FILE A MOTION TO COMPEL OR FOR A PROTECTIVE ORDER, BUT SHOULD ENGAGE IN A MEANINGFUL EFFORT IN ACCORDANCE WITH LR 9013-1(E) TO RESOLVE THE DISPUTE, FAILING WHICH THE PARTIES TOGETHER MUST CONTACT THE COURTROOM DEPUTY WHO WILL THEN SCHEDULE A TELEPHONIC CONFERENCE WITH THE COURT.