# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Audio Record of Hearing Held

***Hearing Information:***

| | |
|---|---|
| **Debtor:** | DAVID RAIFFE |
| **Case Number:** | 2:18-BK-15086-DPC    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, JULY 01, 2019 11:00 AM 6TH FLOOR #603 |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | RENEE BRYANT |
| **Audio File Name:** | PHL01415576.MP3 |
| **Audio File Size:** | 2,999 KB |
| **Audio File Length:** | 00:06:23 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

***Matter:***

**ADV: 2-19-00098**

**UNITED MIDWEST SAVINGS BANK DBA MIDWEST vs DAVID RAIFFE**

RULE 16(b) SCHEDULING CONFERENCE

**R / M #:** 8 / 12