FORM ntrnscpt (revised 12/1/09)

**UNITED STATES BANKRUPTCY COURT**
District of Arizona

# NOTICE OF FILING TRANSCRIPT

CASE NAME: UNITED MIDWEST SAVINGS BANK dba MIDWEST BUSINESS C v. RAIFFE

CASE NUMBER/ADVERSARY NUMBER: 2:19−ap−00098−DPC

Notice is hereby given that an official transcript of a court proceeding conducted on 1/27/2020 has been filed this date in the above−captioned matter. In accordance with the attached information Re: Judicial Conference Privacy Policy and Electronic Availability of Transcripts of Court Proceedings, the parties have seven days from the date of this notice to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely, electronically available to the public without redaction after 90 days.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/transcriber or view the document at the clerk's office public terminal.

**Date: February 28, 2020**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

# JUDICIAL CONFERENCE PRIVACY POLICY
# and ELECTRONIC AVAILABILITY OF TRANSCRIPTS
# OF COURT PROCEEDINGS

This court provides public access to transcripts of court proceedings. In doing so, it follows the Judicial Conference Privacy Policy as revised March 2008, before making official transcripts electronically available to the public. The policy will apply to all transcripts of proceedings or parts of proceedings ordered on or after August 1, 2007, regardless of when the proceeding took place. The complete Judicial Conference Privacy Policy may be reviewed at the court's web site, www.azb.uscourts.gov.

The policy establishes a procedure for counsel and pro se parties to request the redaction from the transcript of specific personal data identifiers before the transcript is made electronically available to the general public. A party must file a notice of intent to request redaction within seven days of the filing of the official transcript by the court reporter/transcriber. If a party fails to request redaction within this time frame, the transcript may be made electronically available without redaction. A copy of the officially filed transcript will be available for review at the clerk's office during this seven day period or may be purchased from the transcription service.

If a party files a redaction notice, the transcript is not to be made remotely electronically available to the general public until the redactions are performed. A copy of the officially filed transcript will be available for review at the clerk's office or may be purchased from the transcription service during this time. Within 21 days from the filing of the transcript with the clerk, or longer if ordered by the court, the parties must submit to the court reporter/transcriber a statement indicating where the personal identifiers appear in the transcript by page and line and how they are to be redacted. For example, if a party wanted to redact the Social Security number 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 appearing on page 12, line 9 of the transcript, the statement would read: "Redact the Social Security number on page 12, line 9 to read xxx−xx−6789." Parties are only responsible for reviewing and indicating the redactions in the testimony of the witnesses they called and their own statements (e.g. opening statements and closing arguments). Only the following personal identifiers listed in the Judicial Conference Privacy Policy may be redacted by this process.

Social Security Numbers
Financial Account Numbers
Dates of Birth
Names of Minor Children

If a party wants to redact other information, that party should move the court for further redaction by separate motion served on all parties and the court reporter/transcriber within the 21 day period.

If request for redaction is filed, the redacted transcript is due 31 days from the date the transcript was filed which is also the date of this notice.