# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: radickem | Date Created: 2/28/2020 |
| Case: 2:19−ap−00098−DPC | Form ID: ntrnscpt | Total: 2 |

**Recipients of Notice of Electronic Filing:**

aty ADAM E. HAUF adam@hauflaw.com
aty ANTHONY W. AUSTIN aaustin@fclaw.com

TOTAL: 2