# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: radickem | Date Created: 2/28/2020 |
| Case: 2:19−ap−00098−DPC | Form ID: ntrnscpt | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | ADAM E. HAUF | adam@hauflaw.com |
| aty | ANTHONY W. AUSTIN | aaustin@fclaw.com |

TOTAL: 2